UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Keith D. Jackman

V.                              Case Number:  3:02cv2267 MRK

ITW Nutmeg, Inc, et al

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on <u>Monday December 29, 2003</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on February 28, 1900 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, December 30, 2003.


KEVIN F. ROWE, CLERK

By: <u>/s/ Kenneth R. Ghilardi</u>
    Kenneth R. Ghilardi
    Deputy Clerk