UNITED STATES DISTRICT COURT FOR
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEITH D. JACKMAN,<br><br>    Plaintiff,<br><br>-against-<br><br>ITW NUTMEG, INC.<br><br>    Defendant. | NO. 302 CV 2267 (MRK)<br><br>December 23, 2003 |

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between the undersigned counsel for the parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above-captioned action is hereby dismissed without any award of attorney's fees or costs by the Court.

PLAINTIFF

Bryan T. Carmody (ct 22514)
Maya & Associates, P.C.
183 Sherman Street
Fairfield, CT 06824
203-255-5600

DEFENDANT

Eric L. Sussman (ct. 19723)
Day, Berry & Howard LLP
CityPlace I, 185 Asylum Street
Hartford, CT 06103
860-275-0100

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December 2003, I caused a true and correct copy of the foregoing to be served upon the following counsel of record for the Defendant by Federal Express:

> Eric L. Sussman, Esq.
> Day, Berry & Howard LLP
> CityPlace I, 185 Asylum Street
> Hartford, CT 06103-3499
> 860-275-0100

Bryan T. Carmody
Maya & Associates, P.C.
183 Sherman Street
Fairfield, CT 06430
(203) 255-5600