UNITED STATES DISTRICT COURT FOR
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEITH D. JACKMAN, | NO. 302 CV 2267 (MRK) |
| Plaintiff, | |
| -against- | December 23, 2003 |
| ITW NUTMEG, INC. | |
| Defendant. | |

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between the undersigned counsel for the parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above-captioned action is hereby dismissed without any award of attorney's fees or costs by the Court.

| PLAINTIFF | DEFENDANT |
|---|---|
| Bryan T. Carmody (ct 22514) | Eric L. Sussman (ct. 19723) |
| Maya & Associates, P.C. | Day, Berry & Howard LLP |
| 183 Sherman Street | CityPlace I, 185 Asylum Street |
| Fairfield, CT 06824 | Hartford, CT 06103 |
| 203-255-5600 | 860-275-0100 |

GRANTED
Kevin F. Rowe, Clerk
By Deputy Clerk